**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **JUDITH LAURENT,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **Case No. 11-CV-2219** |
| **TIME INSURANCE COMPANY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 16, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#15) in the above cause. Judge Bernthal recommended granting the Motion to Dismiss (#7) filed by Defendant, Time Insurance Company. Judge Bernthal accordingly recommended that the case should be dismissed with prejudice and Plaintiff should not be permitted to file her proposed amended complaint. On May 1, 2012, Plaintiff, Judith Laurent, filed her Objections to Report and Recommendation Denying Plaintiff's Motion to File An Amended Complaint (#16). Plaintiff has challenged Judge Bernthal's conclusion that granting Plaintiff leave to file her proposed amended complaint would be futile because the claim would be barred by res judicata.

Following this court's careful de novo review of Judge Bernthal's reasoning and Plaintiff's Objections, this court agrees with and accepts the Report and Recommendation (#15). This court agrees with Judge Bernthal's thorough and well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) The Motion to Dismiss (#7) filed by Defendant, Time Insurance Company, is GRANTED.

(3) Plaintiff's complaint is dismissed with prejudice.

(4) This case is terminated.

ENTERED this 7th day of May, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE